162 So. 924

**John LUCAS v. STATE.**
2 Div. 577.

Court of Appeals of Alabama.
Aug. 27, 1935.

PER CURIAM.
Appeal dismissed on motion of appellant.

157 So. 920

**Pat LUCAS v. STATE.**
5 Div. 937.

Court of Appeals of Alabama.
Nov. 27, 1934.

BRICKEN, Presiding Judge.
Appeal dismissed.

151 So. 925

**T. L., alias Tom, LUCAS v. STATE.**
5 Div. 913.

Court of Appeals of Alabama.
Nov. 28, 1933.

RICE, Judge.
Affirmed.

157 So. 920

**T. L., alias Tom, LUCAS v. STATE.**
5 Div. 933.

Court of Appeals of Alabama.
Nov. 27, 1934.

SAMFORD, Judge.
Appeal dismissed.

153 So. 922

**Ruth McALLISTER v. STATE.**
8 Div. 909.

Court of Appeals of Alabama.
March 6, 1934.

RICE, Judge.
Affirmed.

155 So. 922

**Donald McCLINTON v. STATE.**
7 Div. 69.

Court of Appeals of Alabama.
June 5, 1934.

RICE, Judge.
Appeal dismissed.

159 So. 918

**Travis McCLUSKEY v. STATE.**
8 Div. 122.

Court of Appeals of Alabama.
Feb. 26, 1935.

SAMFORD, Judge.
Affirmed.

163 So. 908

**James Morgan McCOLLUM v. STATE.**
6 Div. 823.

Court of Appeals of Alabama.
Nov. 5, 1935.

RICE, Judge.
Affirmed.